**LUXOTTICA**

CO  EMPLOYEE ID  000000-000000
PCSSA8  575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL      00      0.00
GEORGIA      00      0.00

## Earnings Statement

Page 001 of 002
Period Beg/End:   03/26/2017 - 04/08/2017
Advice Date:      04/14/2017
Advice Number:    0001998529
Batch Number:     000000000610

TYRELLE  M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| EMERG CLOSING | | | | 50.00 |
| Base | 10.40 | 19.32 | 200.93 | |
| Base | 10.40 | 10.60 | 110.24 | 1,837.47 |
| Commission | | | | 125.96 |
| SPIFFS | | | 8.50 | 25.50 |
| **Gross Pay** | | | **319.67** | **2,038.93** |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 23.12- | 146.50- |
| EE Social Security Tax | | | 19.82- | 126.41- |
| EE Medicare Tax | | | 4.63- | 29.56- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 6.95- | 45.32- |
| **Additional Deductions** | | | | |
| Bankruptcy | | | 133.85- | 401.55- |
| **Total Net Pay** | | | **131.30** | **1,289.59** |
| Total Work Hrs Per Pay Prd & YTD | | | 29.92 | 182.55 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 131.30 |

Your federal taxable wages        319.67

*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing (PLYUV0)

**LUXOTTICA**  Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:  0001998529
Advice Date:    04/14/2017

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE  M WILLIAMS | XXXXXXXXXXXX5185 | 124303120 | 131.30 |

**LUXOTTICA**

CO: PCSSA8  EMPLOYEE ID: 575726  000000-000000
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL     00    0.00
GEORGIA     00    0.00

**Earnings Statement**

Period Beg/End:  03/26/2017 - 04/08/2017
Advice Date:     04/14/2017
Advice Number:   0001998529
Batch Number:    000000000610

Page 002 of 002

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| **CURR PER: 04/02/17 - 04/08/17** | | | |
| Base | 10.40 | 10.60 | 110.24 |
| SPIFFS | 0.00 | 0.00 | 4.50 |
| **CURR PER: 03/26/17 - 04/01/17** | | | |
| Base | 10.40 | 19.32 | 200.93 |
| SPIFFS | 0.00 | 0.00 | 4.00 |

© 2007 Automatic Data Processing (H.Rv#))





THIS IS NOT A CHECK

# LUXOTTICA

CO      EMPLOYEE ID      000000-000000
PCSSA8  575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL       00      0.00
  GEORGIA       00      0.00

# Earnings Statement

Page 001 of 002
Period Beg/End:  03/12/2017 - 03/25/2017
Advice Date:     03/31/2017
Advice Number:   0001916838
Batch Number:    000000000601

TYRELLE  M  WILLIAMS
6104 WANDERING WAY
NORCROSS  GA  30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| EMERG CLOSING | | | | 50.00 |
| Base | 10.00 | 10.15 | 101.50 | |
| Base | 10.00 | 15.08 | 150.80 | 1,526.30 |
| Commission | | | | 125.96 |
| SPIFFS | | | 3.50 | 17.00 |
| **Gross Pay** | | | **255.80** | **1,719.26** |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 16.73- | 123.38- |
| EE Social Security Tax | | | 15.86- | 106.59- |
| EE Medicare Tax | | | 3.71- | 24.93- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 4.10- | 38.37- |
| **Additional Deductions** | | | | |
| Bankruptcy | | | 133.85- | 267.70- |
| **Total Net Pay** | | | **81.55** | **1,158.29** |
| Total Work Hrs Per Pay Prd & YTD | | | 25.23 | 152.63 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 81.55 |

Your federal taxable wages          255.80

*Excluded from Federal Taxable Wages

© 2007 Automatic Data Processing (ADP/WL)

# LUXOTTICA

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:   0001916838
Advice Date:     03/31/2017

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE M WILLIAMS | XXXXXXXXXXXX5185 | 124303120 | 81.55 |

# LUXOTTICA

CO  EMPLOYEE ID  000000-000000
PCESA8  575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL        00      0.00
GEORGIA        00      0.00

## Earnings Statement

Page 002 of 002
Period Beg/End:   03/12/2017 - 03/25/2017
Advice Date:      03/31/2017
Advice Number:    0001916838
Batch Number:     000000000601

TYRELLE  M WILLIAMS
6104 WANDERING WAY
NORCROSS  GA  30093

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| **CURR PER: 03/19/17 - 03/25/17** | | | |
| Base | 10.00 | 15.08 | 150.80 |
| SPIFFS | 0.00 | 0.00 | 1.50 |
| **CURR PER: 03/12/17 - 03/18/17** | | | |
| Base | 10.00 | 10.15 | 101.50 |
| SPIFFS | 0.00 | 0.00 | 2.00 |
| **RETRO BEG: 03/05/17 - 03/11/17** | | | |
| Base | 10.00 | 7.98 | 79.80 |
| SPIFFS | 0.00 | 0.00 | 6.50 |
| **RETRO BEG: 02/26/17 - 03/04/17** | | | |
| Base | 10.00 | 7.20 | 72.00 |
| SPIFFS | 0.00 | 0.00 | 2.00 |
| **RETRO BEG: 02/05/17 - 02/11/17** | | | |
| Base | 10.00 | 12.80 | 128.00 |
| SPIFFS | 0.00 | 0.00 | 5.00 |
| **RETRO BEG: 01/29/17 - 02/04/17** | | | |
| Base | 10.00 | 8.02 | 80.20 |
| **RETRO BEG: 01/22/17 - 01/28/17** | | | |
| Base | 10.00 | 15.00 | 150.00 |
| **RETRO BEG: 01/15/17 - 01/21/17** | | | |
| Base | 10.00 | 20.40 | 204.00 |
| Commission | 0.00 | 0.00 | 3.50 |
| **RETRO BEG: 01/08/17 - 01/14/17** | | | |
| Base | 10.00 | 4.92 | 49.20 |
| **RETRO BEG: 01/01/17 - 01/07/17** | | | |
| Base | 10.00 | 9.27 | 92.70 |
| EMERG CLOSING | 10.00 | 5.00 | 50.00 |
| Commission | 0.00 | 0.00 | 2.50 |
| **RETRO BEG: 12/25/16 - 12/31/16** | | | |

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| Base | 10.00 | 24.28 | 242.80 |
| **RETRO BEG: 12/18/16 - 12/24/16** | | | |
| Base | 10.00 | 17.53 | 175.30 |
| Commission | 0.00 | 0.00 | 69.96 |

© 2002 Automatic Data Processing (PCPAYR5)





THIS IS NOT A CHECK

# LUXOTTICA

CO   EMPLOYEE ID   000000-000000
PCSSA8  575726
Cost Center: 627

*Luxottica Retail North America Inc.*
*4000 Luxottica Place*
*Mason ,OH 45040*
*Ph. no.1-866-431-8484*

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL        00      0.00
GEORGIA        00      0.00

## Earnings Statement

Page 001 of 002
Period Beg/End:  02/26/2017 - 03/11/2017
Advice Date:     03/17/2017
Advice Number:   0001888529
Batch Number:    000000000592

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS  GA  30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| EMERG CLOSING | | | | 50.00 |
| Base | 10.00 | 7.20 | 72.00 | |
| Base | 10.00 | 7.98 | 79.80 | 1,274.00 |
| Commission | | | | 125.96 |
| SPIFFS | | | 8.50 | 13.50 |
| **Gross Pay** | | | **160.30** | **1,463.46** |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 7.18- | 106.65- |
| EE Social Security Tax | | | 9.93- | 90.73- |
| EE Medicare Tax | | | 2.32- | 21.22- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 1.15- | 34.27- |
| **Additional Deductions** | | | | |
| Bankruptcy | | | 133.85- | 133.85- |
| **Total Net Pay** | | | **5.87** | **1,076.74** |
| Total Work Hrs Per Pay Prd & YTD | | | 15.18 | 127.40 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 5.87 |

Your federal taxable wages       160.30

*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing, Inc.(PL.V-V3)

# LUXOTTICA

*Luxottica Retail North America Inc.*
*4000 Luxottica Place*
*Mason ,OH 45040*
*Ph. no.1-866-431-8484*

Advice Number:   0001888529
Advice Date:     03/17/2017

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE M WILLIAMS | XXXXXXXXXXXX5185 | 124303120 | 5.87 |

**LUXOTTICA**

```
CO       EMPLOYEE ID     000000-000000
PCSSA8  575726
Cost Center: 627
```

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

```
FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL      00      0.00
  GEORGIA      00      0.00
```

**Earnings Statement**

```
                  Page  002 of 002
Period Beg/End:   02/26/2017 - 03/11/2017
Advice Date:      03/17/2017
Advice Number:    0001888529
Batch Number:     000000000592
```

TYRELLE   M  WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

```
Curr Per/Retro Adj    Rate   Hours     Amt
CURR PER: 03/05/17 - 03/11/17
Base                 10.00    7.98    79.80
SPIFFS                0.00    0.00     6.50
CURR PER: 02/26/17 - 03/04/17
Base                 10.00    7.20    72.00
SPIFFS                0.00    0.00     2.00
```

© 2007 Automatic Data Processing [PCR/WU]





**LUXOTTICA**

CO EMPLOYEE ID 000000-000000
PCSSA8 575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL     00    0.00
GEORGIA     00    0.00

**Earnings Statement**

Page 001 of 002
Period Beg/End:   01/29/2017 - 02/11/2017
Advice Date:      02/17/2017
Advice Number:    0001777578
Batch Number:     000000000568

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS GA 30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| EMERG CLOSING | | | | 50.00 |
| Base | 10.00 | 8.02 | 80.20 | |
| Base | 10.00 | 12.80 | 128.00 | 1,122.20 |
| Commission | | | | 125.96 |
| SPIFFS | | | 5.00 | 5.00 |
| Gross Pay | | | 213.20 | 1,303.16 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 12.47- | 99.47- |
| EE Social Security Tax | | | 13.22- | 80.80- |
| EE Medicare Tax | | | 3.10- | 18.90- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 2.59- | 33.12- |
| Total Net Pay | | | 181.82 | 1,070.87 |
| Total Work Hrs Per Pay Prd & YTD | | | 20.82 | 112.22 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 181.82 |

Your federal taxable wages     213.20

*Excluded from Federal Taxable Wages

© 2007 Automatic Data Processing (PCN/NU)

---

**LUXOTTICA**  Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:   0001777578
Advice Date:     02/17/2017

**THIS IS NOT A CHECK**

Deposited to the account of
TYRELLE M WILLIAMS

| Account Number | Transit ABA | Amount |
|---|---|---|
| XXXXXXXXXXXX5185 | 124303120 | 181.82 |

# LUXOTTICA

CO EMPLOYEE ID 000000-000000
PCSSA8 575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no. 1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL      00      0.00
GEORGIA      00      0.00

# Earnings Statement

Page 002 of 002
Period Beg/End:   01/29/2017 - 02/11/2017
Advice Date:     02/17/2017
Advice Number:   0001777578
Batch Number:    000000000568

**TYRELLE M WILLIAMS**
**6104 WANDERING WAY**
**NORCROSS  GA  30093**

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 02/05/17 - 02/11/17 | | | |
| Base | 10.00 | 12.80 | 128.00 |
| SPIFFS | 0.00 | 0.00 | 5.00 |
| CURR PER: 01/29/17 - 02/04/17 | | | |
| Base | 10.00 | 8.02 | 80.20 |

© 2002 Automatic Data Processing (PCR/V6)

# LUXOTTICA



THIS IS NOT A CHECK

**LUXOTTICA**

CO  EMPLOYEE ID   000000-000000
PCSSA8  575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL      00      0.00
GEORGIA      00      0.00

**Earnings Statement**

Page 001 of 002
Period Beg/End:  01/15/2017 - 01/28/2017
Advice Date:     02/03/2017
Advice Number:   0001708873
Batch Number:    000000000558

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| EMERG CLOSING | | | | 50.00 |
| Base | 10.00 | 20.40 | 204.00 | |
| Base | 10.00 | 15.00 | 150.00 | 914.00 |
| Commission | | | 3.50 | 125.96 |
| Gross Pay | | | 357.50 | 1,089.96 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 26.90- | 87.00- |
| EE Social Security Tax | | | 22.17- | 67.58- |
| EE Medicare Tax | | | 5.18- | 15.80- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 8.84- | 30.53- |
| Total Net Pay | | | 294.41 | 889.05 |
| Total Work Hrs Per Pay Prd & YTD | | | 35.40 | 91.40 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 294.41 |

Your federal taxable wages      357.50

*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing (PCPAYG)

**LUXOTTICA**

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:   0001708873
Advice Date:     02/03/2017

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE M WILLIAMS | XXXXXXXXXXXX5185 | 124303120 | 294.41 |

**LUXOTTICA**

CO  EMPLOYEE ID  000000-000000
PCSSA8  575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL      00     0.00
GEORGIA      00     0.00

# Earnings Statement

Page 002 of 002
Period Beg/End:   01/15/2017 - 01/28/2017
Advice Date:      02/03/2017
Advice Number:    0001708873
Batch Number:     000000000558

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 01/22/17 - 01/28/17 | | | |
| Base | 10.00 | 15.00 | 150.00 |
| CURR PER: 01/15/17 - 01/21/17 | | | |
| Base | 10.00 | 20.40 | 204.00 |
| Commission | 0.00 | 0.00 | 3.50 |
| RETRO BEG: 01/08/17 - 01/14/17 | | | |
| Base | 10.00 | 4.92 | 49.20 |
| RETRO BEG: 01/01/17 - 01/07/17 | | | |
| Base | 10.00 | 9.27 | 92.70 |
| EMERG CLOSING | 10.00 | 5.00 | 50.00 |
| Commission | 0.00 | 0.00 | 2.50 |
| RETRO BEG: 12/25/16 - 12/31/16 | | | |
| Base | 10.00 | 24.28 | 242.80 |
| RETRO BEG: 12/18/16 - 12/24/16 | | | |
| Base | 10.00 | 17.53 | 175.30 |
| Commission | 0.00 | 0.00 | 69.96 |

© 2002 Automatic Data Processing (PCPR-WR)

**LUXOTTICA**



THIS IS NOT A CHECK

**LUXOTTICA**

| | |
|---|---|
| CO  EMPLOYEE ID  000000-000000 | |
| PCSSA8  575726 | |
| Cost Center: 627 | |

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL      00       0.00
GEORGIA      00       0.00

**Earnings Statement**

Page 001 of 002
Period Beg/End:  01/01/2017 - 01/14/2017
Advice Date:     01/20/2017
Advice Number:   0001646682
Batch Number:    000000000541

TYRELLE  M  WILLIAMS
6104 WANDERING WAY
NORCROSS  GA  30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| EMERG CLOSING | 10.00 | 5.00 | 50.00 | 50.00 |
| Base | 10.00 | 14.19 | 141.90 | 560.00 |
| Commission | | | 2.50 | 122.46 |
| Gross Pay | | | 194.40 | 732.46 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 10.59- | 60.10- |
| EE Social Security Tax | | | 12.05- | 45.41- |
| EE Medicare Tax | | | 2.82- | 10.62- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 2.02- | 21.69- |
| Total Net Pay | | | 166.92 | 594.64 |
| Total Work Hrs Per Pay Prd & YTD | | | 14.19 | 56.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 166.92 |

Your federal taxable wages     194.40

*Excluded from Federal Taxable Wages

© 2007 Automatic Data Processing (PCPA/WC)

**LUXOTTICA**  Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:  0001646682
Advice Date:    01/20/2017

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE  M  WILLIAMS | XXXXXXXXXXXX5185 | 124303120 | 166.92 |

**LUXOTTICA**

CO  EMPLOYEE ID  000000-000000
PCSSA8  575726
Cost Center: 627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL    00    0.00
GEORGIA    00    0.00

**Earnings Statement**

Page 002 of 002
Period Beg/End:  01/01/2017 - 01/14/2017
Advice Date:     01/20/2017
Advice Number:   0001646682
Batch Number:    000000000541

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS  GA  30093

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 01/08/17 - 01/14/17 | | | |
| Base | 10.00 | 4.92 | 49.20 |
| CURR PER: 01/01/17 - 01/07/17 | | | |
| Base | 10.00 | 9.27 | 92.70 |
| EMERG CLOSING | 10.00 | 5.00 | 50.00 |
| Commission | 0.00 | 0.00 | 2.50 |

© 2007 Automatic Data Processing





THIS IS NOT A CHECK